John D. HORTON, Plaintiff—
Appellant,

v.

Daniel J. SHULL; Anita M. Martin–
Jones; Marcus S. Rinehart; Charles
A. Buss; Airman Castillo; Agent Laz-
zaro, Afosi; Airman Curry; Airman
Edwards; Airman Robertson; Airman
Rosebaum; Airman Balzer; Airman
Hess; Capt. Persico; Matthew Coak-
ley; Four Unknown Named Employ-
ees of 43rd Medical Group; Airman
Hess, 43rd Medical Group; Airman
Dittmer; Three Unknown Named Em-
ployees of Dorothea Dix Hospital;
United States of America, Defen-
dants—Appellees.

No. 05–1566.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Aug. 31, 2005.

John D. Horton, Appellant Pro Se. Josh-
ua B. Royster, United States Department
of Justice, Raleigh, North Carolina, for
Appellees.

Before TRAXLER and SHEDD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

John D. HORTON, Plaintiff—
Appellant,

v.

James Anthony MARTIN; Matthew
Coakley; William Webb, Honorable;
Anne Hayes; Malcolm J. Howard,
Honorable; Geoffrey Hosford, Defen-
dants—Appellees.

No. 05–1455.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Aug. 31, 2005.

John D. Horton, Appellant Pro Se.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John D. Horton appeals the district court's order dismissing his civil action. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Horton v. Martin*, No. CA–04–976 (E.D.N.C. Mar. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*